# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Gary James,                                                Civil No. 12-CV-1979 (PJS/TNL)

          Plaintiff,

v.                                                          **ORDER**

Sgt. Arlen Shanblott and
Daniel Christianson,

          Defendants.

---

Gary James
161294
1101 Linden Lane
Faribault, MN 55021.

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated November 9, 2012 (Docket No.5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:  12.14.12                                      s/Patrick J. Schiltz
                                                           The Honorable Patrick J. Schiltz
                                                           United States District Court Judge
                                                           for the District of Minnesota